NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEANGELA B. WILLIAMS and
KORESHA J. WILLIAMS,            )
                               )
        Appellants,            )
                               )
v.                             )        Case No. 2D18-3033
                               )
POLK STATE COLLEGE,            )
                               )
        Appellee.              )
_____)

Opinion filed February 22, 2019

Appeal from the Circuit Court for Polk
County; Gerald P. Hill, II, Judge

Deangela B. Williams and Koresha J.
Williams, pro se.

W.A "Drew" Crawford of Boswell & Dunlap,
LLP, Bartow for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS and ROTHSTEIN-YOUAKIM JJ., Concur.